IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE BRABLEC,

    Plaintiff,                              CIV. NO. S- 08-1843 MCE GGH

    vs.

PAUL COLEMAN & ASSOCIATES, P.C.,

    Defendants.                          ORDER

_____/

        Plaintiff's motion for default judgment presently is calendared for hearing on Thursday, September 17, 2009. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion. See E.D. Cal. L.R. 78-230(h).

        Accordingly, IT IS ORDERED that:

        1. The September 17, 2009 hearing on the motion for default judgment, filed May 29, 2009, is vacated; and

        2. The motion is submitted on the record.

DATED: September 15, 2009

                                                /s/ Gregory G. Hollows

                                                GREGORY G. HOLLOWS
                                                U. S. MAGISTRATE JUDGE

GGH:076:Brablec1843.vac.wpd